# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

HARLEYSVILLE INSURANCE COMPANY, *et al.*, :
: 
       Plaintiffs, :
:
       v. :   Civil No. 5:20-cv-01083-JMG
:
PRINCE LAW OFFICES, P.C., *et al.*, :
       Defendants. :

_____

## ORDER

**AND NOW**, this 1st day of December, 2020, upon consideration of Defendants, Prince Law Offices, P.C., Joshua Prince and Civil Rights Defense Firm, P.C.'s Motion to Stay Proceedings and Motion to Dismiss Plaintiffs' Amended Complaint (ECF Nos. 14, 21) and Plaintiffs' Response thereto (ECF No. 26), and for reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, or in the alternative stay this action, is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge