IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARLEYSVILLE INSURANCE COMPANY, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-01083-JMG |
| : | |
| PRINCE LAW OFFICES, P.C., *et al.*, : | |
| Defendants. : | |

**ORDER**

**AND NOW**, this 26th day of August, 2021, following a status conference with the Parties, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (ECF No. 41) is **DISMISSED without prejudice**;[1]

2. The Parties shall have thirty (**30**) days to amend their pleadings to include any potential newly identified counterclaims discussed during the status conference held on August 26, 2021;

3. The Parties shall have thirty (**30**) days to file any stipulations of dismissal regarding any other Parties to this action;

4. Motions for summary judgment, if any, shall be filed no later than **October 26, 2021**. Any such motions should address the issues identified during the status conference held on August 26, 2021, including any newly identified counterclaims concerning payment of attorneys' fees.

---

[1] Plaintiff may refile this Motion in conjunction with the new summary judgment deadline set forth in this Order or may elect to do so following disposition of the narrower issue concerning payment of attorneys' fees.

5.	A status conference with counsel is scheduled for **Thursday, October 7, 2021, at 11:30 a.m**.  Plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as a telephone number and access code) no later than **Monday, September 27, 2021**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge