IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARLEYSVILLE INSURANCE COMPANY, *et al.*,  :<br>Plaintiffs,  :<br>  :<br>v.  :<br>  :<br>PRINCE LAW OFFICES, P.C., *et al.*,  :<br>Defendants.  : | Civil No. 5:20-cv-01083-JMG |

**O R D E R**

**AND NOW,** this 5th day of October, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                              Kate Barkman
                                              Clerk of Court

                                              By:

                                              */s/ Brian R. Dixon*
                                              Brian R. Dixon
                                              Deputy Clerk to Judge John M. Gallagher